JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
TEMONTHE LEON HICKS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>TEMONTHE LEON HICKS,<br>,<br>        Defendant. | NO. CR-08-00811 SBA<br><br>**ORDER CONTINUING COURT DATE AND EXCLUDING TIME FROM JANUARY 23, 2009 TO FEBRUARY 24, 2009 FROM THE SPEEDY TRIAL ACT CALCULATION**<br>**[18 U.S.C. § 3161(h)(8)(A)(B)]** |

      Assistant United Attorney, James C. Mann, and defendant, Temonthe Leon Hicks, through counsel, Juliana Drous hereby stipulate as follows:

      The court appearance now scheduled on January 23, 2009, before the Hon. Saundra Brown Armstrong, is continued to February 24, 2009 at 9:00 a.m..

      This request is made to allow the parties additional time to resolve this matter. On December 22, 2008, six compact discs containing discovery was received by the defense. This discovery needs to be reviewed. In addition, there are questions regarding Mr. Hicks' criminal history that must be resolved.

      Juliana Drous also respectfully requests additional time because of health reasons. To correct an ongoing problem with heart arrhythmia, she is scheduled to under a procedure at the University of California Hospital on January 26, 2009, after which she has been ordered not to work

1  for a minimum of three weeks.  On January 23, 2009, she is scheduled to go to the hospital for the
2  preliminary work-up for the procedure.
3      Time continues to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv)
4  from January 23, 2009, to February 24, 2009.  The parties agree, and the Court finds and holds, as
5  follows:
6      The ends of justice served by granting a continuance outweigh the best interests of the public
7  and the defendants in a speedy trial.  A continuance is necessary to allow continuity of counsel and
8  reasonable time necessary for effective preparation, taking into account the exercise of due
9  diligence.

DATED: January 7, 2009          /s/
        JULIANA DROUS
        Attorney for Defendant
        TEMONTHE LEON HICKS

DATED: January   , 2009          /s/
        JAMES C. MANN
        Asst. United States Attorney

IT IS SO ORDERED.

DATED:  1/12/09          *Saundra B Armstrong*
        HON. SAUNDRA BROWN ARMSTRONG
        U.S. Federal District Court Judge

28      STIPULATION AND ORDER - CONTINUANCE OF HEARING DATE