UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00811 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JUNE 9, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| TEMONTHE LEON HICKS, a/k/a "Big Man," | ) ) ) | |
| | ) ) | Date:   March 17, 2009<br>Time:   9:00 a.m. |
| Defendant. | ) ) | Court:  Hon. Saundra Brown Armstrong |
| | ) | |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on June 9, 2009 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between March 13, 2009 and June 9, 2009 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(I),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on June 9, 2009 at 10:00 a.m., and that time between March 17, 2009 and June 9, 2009 is excluded

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JUNE 9, 2009 & TO EXCLUDE TIME
No. CR 08-00811 SBA

1  under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I), for
2  consideration by the Court of a proposed plea agreement to be entered into by the defendant and
3  the attorney for the government.
4      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
5  Presentence Investigation Report.

7  DATED:3/16/09        _Saundra B Armstrong_
                               HON. SAUNDRA BROWN ARMSTRONG
8                                 United States District Judge